Robert GUICHARD, Plaintiff—
Appellant,

v.

MANDALAY PICTURES LLC, dba
Mandalay Entertainment; et al.,
Defendants—Appellees,

and

The Motion Picture Association of America, Paramount Pictures Corporation; et al., Defendant.

No. 05–15565.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Sept. 12, 2005.*

Decided Sept. 13, 2005.

Robert Guichard, San Francisco, CA, Pro Se.

Jacques M. Rimokh, Esq., Loeb & Loeb, New York, NY, David A. Grossman, Esq., loeb & loeb, LLP, Los Angeles, CA, for Defendants–Appellees,

Before: REINHARDT, RYMER and HAWKINS, Circuit Judges.

## MEMORANDUM **

This appeal from the denial of a motion for a preliminary injunction comes to us under Ninth Circuit Rule 3–3.

Applying the "limited and deferential" standard of review appropriate for preliminary injunction rulings, *Southwest Voter Registration Educ. Project v. Shelley*, 344 F.3d 914, 918 (9th Cir.2003) (en banc), we cannot say that the district court abused its discretion or based its decision on an erroneous legal standard or clearly erroneous factual findings in denying preliminary injunctive relief. *See Playmakers LLC v. ESPN, Inc.*, 376 F.3d 894, 896–97 (9th Cir.2004) (explaining standard of review).

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

The order denying the motion for a preliminary injunction is therefore AFFIRMED.

\*\* The Honorable Kevin Thomas Duffy, United States District Judge for the Southern District of New York, sitting by designation.

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.